■ In the Matter of SISTERS OF THE RESURRECTION, NEW YORK, INC., Respondent, v KIMBALL W. DABY, as Assessor of the Town of North Elba, et al., Appellants

Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur. *[See,* 129 Misc 2d 879.]